# ACTION.

### WRIGHT *against* HICKSON.   *Bennington,* 1817.

AN action may be maintained, against one, of several joint

and several obligees, without stating in the declaration, that the others, are without the jurisdiction of the court.

On the case, see Assumpsit 2. Ex. & Ad. 13. Fraud. Jurisdiction 9. Malicious Prosecution.

## ADMINISTRATOR.

SEE Executors and Administrators.

## ALIEN ENEMY.

SEE Abatement No. 5.

## APPEAL.